UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW MARTIN,<br>    aka "Matthews Martin,"<br>    aka "Mathew Martin,"<br><br>    Defendant. | No. CR 08-01064<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g): Prohibited Person in Possession of a Firearm and Ammunition] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(g)]

On or about April 15, 2008, in Los Angeles County, within the Central District of California, defendant MATTHEW MARTIN, also known as ("aka") "Matthews Martin," aka "Mathew Martin," ("MARTIN") knowingly possessed firearms, namely, a Smith & Wesson model 40 .38 caliber revolver, bearing serial number 4469, a Beretta model 950 BS .25 caliber semi-automatic pistol, bearing serial number BU61282V, a Remington model 12 .22 caliber rifle, bearing serial number 715377, and a Winchester model 1300

Defender 12-gauge shotgun, bearing serial number L2878216, and ammunition, namely, five rounds of Winchester-Western .38 caliber ammunition, five rounds of PMC .38 caliber ammunition, five rounds of CCI .25 caliber ammunition, 429 rounds of Remington .22 caliber ammunition, five rounds of Fiocchi 12-gauge ammunition, six rounds of Remington 12-gauge ammunition, and one round of Winchester 12-gauge ammunition, in and affecting interstate commerce.

Such possession occurred after defendant MARTIN had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Assault With a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Municipal Court of Compton, County of Los Angeles, State of California, case number TA032917, on or about January 18, 1995;

(2) Receiving Stolen Property, in violation of California Penal Code Section 496, in the Municipal Court of Compton, County of Los Angeles, State of California, case number A631045, on or about March 12, 1985.

Furthermore, such possession occurred after defendant MARTIN had been convicted of at least one of the following misdemeanor crimes of domestic violence:

(1) Willful Infliction of Corporal Injury on a Spouse, in violation of California Penal Code Section 273.5(a), in the Municipal Court of Compton, County of Los Angeles, State of California, case number 94M10106, on or about September 22, 1994;

(2) Willful Infliction of Corporal Injury on a Spouse, in
///

violation of California Penal Code Section 273.5(a), in the Municipal Court of Compton, County of Los Angeles, State of California, case number TA018690, on or about July 20, 1992.

A TRUE BILL

/s/
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Christine C Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent & Organized Crime Section


ELIZABETH R. YANG
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section


MAX B. SHINER
Special Assistant United States Attorney
Violent & Organized Crime Section