FILED

2008 NOV 17 AM 10: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Matthew MARTIN | CR 08-01064 |
| DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest __14 NOV 08__  __1730__  ☐ AM / ☒ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   __18: 922(G)(1) Felon in Poss. of Firearm__
3. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes  ☐ No  ☐ Unknown
5. Year of Birth: __1963__
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): __N/A__
8. Date detainer placed on defendant: __N/A__
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. __N/A__ )
10. Name of Pretrial Services Officer: __Duty__
11. Remarks (if any): _____

12. Date: __17 NOV 08__
13. Signature: _[signature]_
14. Name: __BRYAN R. BRIGGS__
15. Title: __Special Agent - ATF__

CR-64 (07/05)                REPORT COMMENCING CRIMINAL ACTION