UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 08-01064-GAF | Date | March 7, 2011 |
|---|---|---|---|

| Present: The Honorable | GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Renee Fisher | Lisa Gonzalez | Max B. Shiner, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Matthew Martin | √ | | √ | Fred D Heather | √ | √ | |

**Proceedings:**   PRELIMINARY REVOCATION OF SUPERVISED RELEASE (Held and Completed)

   Matter called.  Defendant is present with counsel.  Also present is Manuel Ontiveros, Probation Officer.

   The defendant admits Allegations 1, 2, and 3 as set forth in the Petition of Probation and Supervised Release, filed February 25, 2011.  The Court accepts the admission as knowingly and voluntarily made.

   WHEREAS based on the admission of the defendant to allegations 1, 2, and 3 and the Court having found the defendant to be in violation of the terms and conditions of supervised release imposed on July 13, 2009.

   The hearing is continued to Monday, April 18, 2011, at 1:30 p.m. for Final Revocation of Supervised Release/Sentencing.

|   |   |
|---|---|
|   | 00 : 08 |
|   | Initials of Deputy Clerk   rf |

cc: U.S. Probation