**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Fred D. Heather (SBN 110650)
fred.heather@klgates.com
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com

Attorneys for Matthew Martin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 08-01064-GAF |
|---|---|
| Plaintiff, | **DECLARATION OF FRED HEATHER IN SUPPORT OF MATTHEW MARTIN'S SECOND SUPPLEMENTAL BRIEF REGARDING FINAL REVOCATION OF SUPERVISED RELEASE/SENTENCING** |
| vs. | |
| MATTHEW MARTIN, | |
| Defendant. | |

I, Fred D. Heather, declare as follows:

1. I am the appointed Attorney for Defendant Matthew Martin.

2. On Friday, June 3, 2011, I spoke with United States Probation Officer ("USPO"), Amy Young, one of two officers assigned to the STAR program concerning the reasons why the program would not recommend that Matthew Martin participate in the program.

3. Ms. Young stated that after evaluating Mr. Martin, it was determined that because Mr. Martin's abuse consisted primarily of casual marijuana use, it would be counter-productive for him to be in a program with the more hardened drug users in

1  the program.  In addition, because Mr. Martin cannot read or write, it would be
2  difficult for him to keep up with the requirements of the program.
3      I declare under penalty of perjury, under the laws of the United States of
4  America, that the foregoing is true and correct.
5      EXECUTED on this 9th day of June, 2011 at Los Angeles, California.

                          /s/   Fred D. Heather
                                Fred D. Heather

**DECLARATION OF FRED D. HEATHER IN SUPPORT OF DEFENDANT'S SECOND SUPPLEMENTAL BRIEF**

# PROOF OF SERVICE
(CCP § 1013A (3))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 7th Floor, Los Angeles, California 90067.

On June 9, 2011, I served the foregoing document described as **DECLARATION OF FRED D. HEATHER IN SUPPORT OF THE DEFENDANT'S SECOND SUPPLEMENTAL BRIEF REGARDING FINAL REVOCATION OF SUPERVISED RELEASE/SENTENCING** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

Max B. Shiner
Special Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Manuel Ontiveros
United States Probation Officer
Probation Office
11506 Telegraph Suite 203
Santa Fe Springs, CA 90670

Michael Bradford
Supervising United States Probation Officer
Probation Office
11506 Telegraph Suite 203
Santa Fe Springs, CA 90670

☒ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with first-class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☒ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

☒ **BY EMAIL** I caused a copy to be transmitted by email to the email address(es) as indicated above.

Executed on June 9, 2011, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/   Linda Bennett
Linda Bennett