UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 08-01064-GAF | Date | June 13, 2011 |
|---|---|---|---|

Present: The Honorable **GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE**

Interpreter  N/A

| Renee Fisher | Lisa Gonzalez | Max B. Shiner, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Matthew Martin | √ | | √ | Fred D Heather | √ | √ | |

**Proceedings:** FINAL REVOCATION OF SUPERVISED RELEASE (Held and Completed)

Matter called. Defendant is present with counsel. Also present is Manuel Ontiveros, Probation Officer.

The defendant previously admitted Allegations 1, 2, and 3 as set forth in the Petition of Probation and Supervised Release, filed February 25, 2011. The Court accepted the admissions as knowingly and voluntarily made.

WHEREAS based on the admissions of the defendant to allegations 1, 2, and 3 and the Court having found the defendant to be in violation of the terms and conditions of supervised release imposed on July 13, 2009.

The Court hears from defendant, counsel and government prior to the imposition of sentence.

IT IS HEREBY ORDERED that supervised release be revoked, vacated and set aside.

IT IS FURTHER ORDERED the defendant is hereby committed to the custody of the Bureau of Prisons for a term of 10 days.

IT IS FURTHER ORDERED that the defendant is reinstated to supervised release for a term of twenty-four (24) months under the same terms and conditions previously imposed with the following additional conditions:

IT IS FURTHER ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before June 20, 2011 at 12 noon. In the absence of such designation, the defendant shall report to the United States Marshal located at Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

|  |  | 00 | : | 12 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk | rf | | |

cc: U.S. Probation