UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW MARTIN,<br><br>　　　　　Defendant. | No.  CR 08-1064-GAF<br><br>JUDGMENT REVOKING SUPERVISED RELEASE; COMMITMENT ORDER |

　　　　WHEREAS, on  June 13, 2011, came the attorney for the government, Max B. Shiner, and the defendant appeared with appointed counsel Fred D. Heather.   The defendant previously admitted Allegations 1, 2, and 3 as set forth in the Petition of  Probation  and Supervised Release, filed February 25, 2011.

　　　　WHEREAS based on the admission of the defendant to allegations 1, 2, and 3  and the Court having found the defendant to be in violation of the terms and conditions  of supervised release imposed on July 13, 2009.

　　　　IT IS HEREBY ORDERED that supervised release be revoked, vacated and set aside.

　　　　IT IS FURTHER ORDERED the defendant is hereby committed to the custody of the Bureau of Prisons for a term of *10 days.*

　　　　IT IS FURTHER ORDERED that the defendant is **reinstated** to supervised release for a term of **twenty-four (24) months** under the same terms and conditions previously imposed with the following additional conditions:

　　　　IT IS FURTHER ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before _**June 20, 2011** at **12 noon**.  In the absence of such designation, the defendant shall report to the United States Marshal located at Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

DATED: June 13, 2011

_____
HONORABLE GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE

Terry Nafisi, District Court Executive/Clerk of Court

Dated/Filed: June 13, 2011
　By　　　RENEE FISHER
　　　　　Deputy Clerk